**Hattie Populus COOPER, Plaintiff-**
**Appellant,**

v.

**METROPOLITAN LIFE INSURANCE**
**COMPANY, Defendant-Third-Party**
**Plaintiff-Appellee,**

v.

**Wm. M. BEKURS, etc., et al., Third-Party**
**Defendants-Appellees.**

No. 72–2163

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 7, 1972.

William F. Wessel, New Orleans, La., for appellant.

Brock B. Gordon, Mobile, Ala., for Metropolitan.

J. Edward Thornton, Mobile, Ala., for Bekurs.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

**694**

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

The judgment is affirmed. Appellee's motion to impose penalties is denied.